IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PAUL GRIBBEN,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Petitioner,

v.                                             CASE NO. 1D16-0927

FLORIDA DEPARTMENT OF
CORRECTIONS,

Respondent.

_____/

Opinion filed November 9, 2016.

Petition for Writ of Certiorari -- Original Jurisdiction.

Paul Gribben, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Matthew F. Vitale, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

        The petition for writ of certiorari is denied on the merits.

B.L. THOMAS, WETHERELL, and M.K. THOMAS, JJ., CONCUR.